JS 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUNIL BHASIN,<br><br>　　　　　Plaintiff,<br><br>v.<br><br><br>AMARYLSIS  DEVELOPMENT,<br><br>　　　　　Defendants.<br>_____ | Case No. EDCV 12-1904 DSF (SPx)<br><br>JUDGMENT OF DISMISSAL |

　　　The Court having previously issued an Order to Show Cause re Dismissal for Lack of Prosecution, and plaintiff not having timely responded,

　　　IT IS ORDERED AND ADJUDGED that the plaintiff take nothing and that the action be dismissed without prejudice.

Dated: 11/29/12

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　DALE S. FISCHER
　　　　　　　　　　　　　　　　　　　　　United States District Judge